FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ Apr 11 2018 ★
BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JAMES PINKNEY, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

CONVERGENT OUTSOURCING, INC,

Defendant.

Case No. 1:17-cv-07394-ARR-CLP

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
         April 9, 2018

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Daniel Cohen PLLC
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel: (929) 575-4175
Fax: (929) 575-4195
Dan@dccohen.com
*Attorney for Plaintiff*

By: /s/ Matthew B. Johnson
Matthew B. Johnson, Esq
Brock & Scott PLLC
300 Cadman Plaza West
One Pierrepont Plaza, 12th Floor
Brooklyn, NY 11201-3226
Matt.Johnson@brockandscott.com
*Attorney for Defendant*

So ordered.   /s/(ARR)